

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2024

No. 04-24-00134-CR

**IN RE** Karl **KEENE**, Relator

Original Proceeding[1]

**ORDER**

On February 23, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 3, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2024.

Tommy Stolhandske, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CR3342, styled *State of Texas vs. Karl Keene*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Joel Perez presiding.